UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
BOWLING GREEN DIVISION

CIVIL ACTION NO. 1:08-CV-00153

ROBERT STREET, PLAINTIFFS
LISA MURPHY,
ROBERT CREEK,
KRISTEEN OWENS, and
BRANDY FILBACK,

v.

U.S. CORRUGATED, INC. DEFENDANT

## **ORDER**

Due to clerical error, the third to last sentence in the full paragraph beginning on page 4 of the Memorandum Opinion and Order entered on January 25, 2011, addressing U.S. Corrugated, Inc.'s Motion to Dismiss reads: "Greathouse's actions were certainly inappropriate, but this does establish . . . ."

**IT IS HEREBY ORDERED** that the sentence is amended to read: "Greathouse's actions were certainly inappropriate, but this does not establish . . . ."

cc: Counsel of Record